IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHERMAN ELLIS., | CIVIL ACTION |
|---|---|
| Plaintiff, | NO. 13-2096 |
| v. | |
| BUDGET MAINTENANCE, INC., | |
| Defendant. | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this 12th day of June, 2014, upon consideration of Defendant's Motion for Summary Judgment, ECF No. 25, Plaintiff's Response in Opposition, ECF No. 27, and Defendant's Reply to Plaintiff's Response, ECF No. 28, and after holding oral argument on June 5, 2014, it is **ORDERED** that Defendant's Motion for Summary Judgment is hereby **GRANTED**.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-2096 ellis v. budget\13cv2096 OrderGrantingSJ.docx